RECEIVED

AUG 1 4 2017

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTINA RUMBLE | MISC. CASE NO. 17-mc-120 |
| VERSUS | JUDGE DOHERTY |
| TAKEDA PHARMACEUTICAL COMPANY LIMITED, ET AL | MAGISTRATE JUDGE HANNA |

### JUDGMENT ADOPTING REPORT AND RECOMMENDATION

Considering the foregoing Report and Recommendation,

IT IS HEREBY ORDERED that the Motion to Approve the Settlement of Christina Rumble, as Representative Clamant and Derivative Claimant; and Sister as Derivative Claimant individually and as legal heirs of the Estate of Eileen Harper, is hereby GRANTED pursuant to the Report and Recommendation of Magistrate Judge Hanna, which is hereby adopted.

THUS DONE AND SIGNED in Lafayette, Louisiana, this ___14___ day of August, 2017.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE